

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00223-CV

Stacey Renae Hammer

v.

Lea C. Noelke, Judith E. Bryant, and Noelke, English, Maples, St. Leger, Blair, LLP

On appeal from the
250th District Court of Travis County, Texas
Trial Cause No. D-1-GN-14-002177

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are adjudged fifty percent against appellant and fifty percent against appellees.

We further order this decision certified below for observance.

November 29, 2018